MICHAEL E. DERGOSITS (State Bar No. 118206)
IGOR SHOIKET (State Bar No. 190066)
DERGOSITS & NOAH LLP
Three Embarcadero Center, Suite 410
San Francisco, CA 94111
Telephone: (415) 705-6377
Facsimile: (415) 750-6383
Email: mdergosits@dergnoah.com
Email: ishoiket@dergnoah.com

Attorneys for Plaintiff
IMPEVA LABS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IMPEVA LABS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> SYSTEM PLANNING CORPORATION, SYSTEM PLANNING CORPORATION D/B/A GLOBALTRAK AND RICHARD C. MEYERS <br><br> Defendants. | Civil Action No.: 5:12-cv-00125-EJD <br><br> STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME FOR FILING OPPOSITION AND REPLY PAPERS ON DEFENDANTS' MOTION TO DISMISS UNDER F.R.C.P. 12(B)(1) AND 12(B)(6) (CIVIL L.R. 7-12) <br><br> DATE: APRIL 27, 2012 <br> TIME: 9:00 A.M. <br> COURTROOM: 4, 5TH FLOOR <br> JUDGE: EDWARD J. DAVILA |

WHEREAS Defendants have filed a Motion to Dismiss Under F.R.C.P., Rules 12(B)(1) and 12(B)(6), noticing a hearing on April 27, 2012;

WHEREAS, according to the Local Rules, Plaintiff's Opposition papers are due on February 15, 2012, and Defendants' Reply papers are due on February 22, 2012; and,

WHEREAS Plaintiff's counsel requested an extension of the briefing schedule to accommodate a previously set oral argument in Washington, D.C. on February 14, 2012;

– 1 –

IT IS STIPULATED between the parties pursuant Civil L.R. 7-12 that Plaintiff shall file and serve its Opposition papers on or before February 22, 2012, and that Defendants shall file and serve their Reply papers on or before March 7, 2012.

IT IS SO STIPULATED.

Dated: February 7, 2012

/s/ Igor Shoiket
MICHAEL E. DERGOSITS (State Bar No. 118206)
IGOR SHOIKET (State Bar No. 190066)
DERGOSITS & NOAH LLP
Three Embarcadero Center, Suite 410
San Francisco, CA 94111
Telephone:   (415) 705-6377
Facsimile:   (415) 750-6383
Email:       mdergosits@dergnoah.com
Email:       ishoiket@dergnoah.com

Attorneys for Plaintiff IMPEVA LABS, INC.

Dated: February 7, 2012

/s/ Thomas S. Kidde
DANIEL C. DECARLO (State Bar No. 160307)
THOMAS S. KIDDE (State Bar No. 61717)
LEWIS BRISBOIS BISGAARD & SMITH LLP
221 North Figueroa Street, Suite 1200
Los Angeles, CA 90012
Telephone:   (213) 250-1800
Facsimile:   (213) 250-7900
Email:       decarlo@lbbslaw.com
Email:       kidde@lbbslaw.com

Attorneys for DEFENADNTS SYSTEM PLANNING CORPORATION, SYSTEM PLANNING CORPORATION D/B/A GLOBAL TRAK AND RICHARD C. MEYERS

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: February 8, 2012

Honorable Edward J. Davila, U.S. District Court Judge

– 2 –

STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME FOR FILING OPPOSITION AND REPLY PAPERS
Civil Action No.: 5:12-cv-00125-EJD

## ATTESTATION

I hereby attest pursuant to General Order 45.X.B. that concurrence in the electronic filing of this document has been obtained from each of the signatories.

Dated: February 7, 2012          /s/ Igor Shoiket

STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME FOR FILING OPPOSITION AND REPLY PAPERS
Civil Action No.: 5:12-cv-00125-EJD

**CERTIFICATE OF SERVICE**

I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's ECF System

Dated:  February 7, 2012                    /s/ Igor Shoiket