MICHAEL E. DERGOSITS (State Bar No. 118206)
IGOR SHOIKET (State Bar No. 190066)
DERGOSITS & NOAH LLP
Three Embarcadero Center, Suite 410
San Francisco, CA 94111
Telephone: (415) 705-6377
Facsimile:  (415) 750-6383
Email: mdergosits@dergnoah.com
Email: ishoiket@dergnoah.com

Attorneys for Plaintiff
IMPEVA LABS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IMPEVA LABS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> SYSTEM PLANNING CORPORATION, SYSTEM PLANNING CORPORATION D/B/A GLOBALTRAK AND RICHARD C. MEYERS <br><br> Defendants. | Civil Action No.: 5:12-cv-00125-EJD <br><br> STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME FOR FILING OPPOSITION AND REPLY PAPERS ON DEFENDANTS' MOTION TO DISMISS UNDER F.R.C.P. 12(B)(1) AND 12(B)(6) (CIVIL L.R. 7-12) <br><br> DATE:           APRIL 27, 2012 <br> TIME:           9:00 A.M. <br> COURTROOM: 4, 5TH FLOOR <br> JUDGE:          EDWARD J. DAVILA |

   WHEREAS Defendants have filed a Motion to Dismiss Under F.R.C.P., Rules 12(B)(1) and 12(B)(6), noticing a hearing on April 27, 2012;

   WHEREAS, according to the Local Rules, Plaintiff's Opposition papers are due on February 15, 2012, and Defendants' Reply papers are due on February 22, 2012; and,

   WHEREAS Plaintiff's counsel requested an extension of the briefing schedule to accommodate a previously set oral argument in Washington, D.C. on February 14, 2012;

– 1 –

1  IT IS STIPULATED between the parties pursuant Civil L.R. 7-12 that Plaintiff shall file and
2  serve its Opposition papers on or before February 22, 2012, and that Defendants shall file and serve
3  their Reply papers on or before March 7, 2012.

5  IT IS SO STIPULATED.

7  Dated:  February 7, 2012          /s/ Igor Shoiket
                                     MICHAEL E. DERGOSITS (State Bar No. 118206)
                                     IGOR SHOIKET (State Bar No. 190066)
8                                    DERGOSITS & NOAH LLP
                                     Three Embarcadero Center, Suite 410
9                                    San Francisco, CA 94111
                                     Telephone:   (415) 705-6377
10                                   Facsimile:   (415) 750-6383
                                     Email:       mdergosits@dergnoah.com
11                                   Email:       ishoiket@dergnoah.com

12                                   Attorneys for Plaintiff IMPEVA LABS, INC.

14  Dated:  February 7, 2012         /s/ Thomas S. Kidde
                                     DANIEL C. DECARLO  (State Bar No. 160307)
                                     THOMAS S. KIDDE (State Bar No. 61717)
15                                   LEWIS BRISBOIS BISGAARD & SMITH LLP
                                     221 North Figueroa Street, Suite 1200
16                                   Los Angeles, CA 90012
                                     Telephone:   (213) 250-1800
17                                   Facsimile:   (213) 250-7900
                                     Email:       decarlo@lbbslaw.com
18                                   Email:       kidde@lbbslaw.com

19                                   Attorneys for DEFENADNTS SYSTEM PLANNING
                                     CORPORATION, SYSTEM PLANNING
20                                   CORPORATION D/B/A GLOBAL TRAK AND
                                     RICHARD C. MEYERS

23  PURSUANT TO STIPULATION, IT IS SO ORDERED.

24  Dated:  February 8 , 2012        _____
                                     Honorable Edward J. Davila, U.S. District Court Judge

– 2 –

# ATTESTATION

I hereby attest pursuant to General Order 45.X.B. that concurrence in the electronic filing of this document has been obtained from each of the signatories.

Dated:  February 7, 2012                            /s/ Igor Shoiket

STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME FOR FILING OPPOSITION AND REPLY PAPERS
Civil Action No.: 5:12-cv-00125-EJD

**CERTIFICATE OF SERVICE**

I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's ECF System

Dated: February 7, 2012              /s/ Igor Shoiket

— 4 —