MICHAEL E. DERGOSITS (State Bar No. 118206)
IGOR SHOIKET (State Bar No. 190066)
DERGOSITS & NOAH LLP
Three Embarcadero Center, Suite 410
San Francisco, CA 94111
Telephone: (415) 705-6377
Facsimile:  (415) 750-6383
Email: mdergosits@dergnoah.com
Email: ishoiket@dergnoah.com

Attorneys for Plaintiff
IMPEVA LABS, INC.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| IMPEVA LABS, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>SYSTEM PLANNING CORPORATION, SYSTEM PLANNING CORPORATION D/B/A GLOBALTRAK AND RICHARD C. MEYERS<br><br>Defendants. | Civil Action No.: 5:12-cv-00125-EJD<br><br>STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME FOR FILING OPPOSITION AND REPLY PAPERS ON DEFENDANTS' MOTION TO DISMISS UNDER F.R.C.P. 12(B)(1) AND 12(B)(6) (CIVIL L.R. 7-12)<br><br>DATE:          APRIL 27, 2012<br>TIME:          9:00 A.M.<br>COURTROOM: 4, 5TH FLOOR<br>JUDGE:         EDWARD J. DAVILA |

WHEREAS Defendants have filed a Motion to Dismiss Under F.R.C.P., Rules 12(B)(1) and 12(B)(6), noticing a hearing on April 27, 2012;

WHEREAS, according to the Local Rules, Plaintiff's Opposition papers were originally due on February 15, 2012, and Defendants' Reply papers are due on February 22, 2012; and,

– 1 –

1  WHEREAS Plaintiff's counsel requested an extension of the briefing schedule to
2  accommodate a previously set oral argument in Washington, D.C. on February 14, 2012, to which
3  the parties agreed, and the Court ordered;
4  IT IS STIPULATED between the parties pursuant Civil L.R. 7-12 that as a second extension,
5  Plaintiff shall file and serve its Opposition papers on or before February 29, 2012, and that
6  Defendants shall file and serve their Reply papers on or before March 14, 2012.

IT IS SO STIPULATED.

Dated: February 22, 2012

/s/ Igor Shoiket
MICHAEL E. DERGOSITS (State Bar No. 118206)
IGOR SHOIKET (State Bar No. 190066)
DERGOSITS & NOAH LLP
Three Embarcadero Center, Suite 410
San Francisco, CA 94111
Telephone:  (415) 705-6377
Facsimile:  (415) 750-6383
Email:      mdergosits@dergnoah.com
Email:      ishoiket@dergnoah.com

Attorneys for Plaintiff IMPEVA LABS, INC.

Dated: February 22, 2012

/s/ Thomas S. Kidde
DANIEL C. DECARLO (State Bar No. 160307)
THOMAS S. KIDDE (State Bar No. 61717)
LEWIS BRISBOIS BISGAARD & SMITH LLP
221 North Figueroa Street, Suite 1200
Los Angeles, CA 90012
Telephone:  (213) 250-1800
Facsimile:  (213) 250-7900
Email:      decarlo@lbbslaw.com
Email:      kidde@lbbslaw.com

Attorneys for DEFENADNTS SYSTEM PLANNING CORPORATION, SYSTEM PLANNING CORPORATION D/B/A GLOBAL TRAK AND RICHARD C. MEYERS

-2-

STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME FOR FILING OPPOSITION AND REPLY PAPERS
Civil Action No.: 5:12-cv-00125-EJD

1
2    PURSUANT TO STIPULATION, IT IS SO ORDERED.
3
4    Dated: February 24, 2012    
5                                 Honorable Edward J. Davila, U.S. District Court Judge
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
– 3 –

STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME FOR FILING OPPOSITION AND REPLY PAPERS
Civil Action No.: 5:12-cv-00125-EJD

## ATTESTATION

I hereby attest pursuant to General Order 45.X.B. that concurrence in the electronic filing of this document has been obtained from each of the signatories.

Dated: February 22, 2012                    /s/ Igor Shoiket

– 4 –

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's ECF System

Dated: February 22, 2012               /s/ Igor Shoiket

— 5 —

STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME FOR FILING OPPOSITION AND REPLY PAPERS
Civil Action No.: 5:12-cv-00125-EJD