**LEWIS BRISBOIS BISGAARD & SMITH LLP**
DANIEL C. DECARLO, SB# 160307
  E-Mail: decarlo@lbbslaw.com
THOMAS S. KIDDE, SB# 61717
  E-Mail: kidde@lbbslaw.com
221 North Figueroa Street, Suite 1200
Los Angeles, California 90012
Telephone: 213.250.1800
Facsimile: 213.250.7900

Attorneys for Defendants System Planning Corporation, System Planning Corporation, d/b/a/ Globaltrak, and Richard C. Meyers

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IMPEVA, LABS, INC.,<br><br>    Plaintiff,<br><br>vs.<br><br>SYSTEM PLANNING CORPORATION, SYSTEM PLANNING CORPORATION D/B/A GLOBALTRAK, AND RICHARD C. MEYERS<br><br>    Defendants. | Civil Action No. 5:12-cv-00125-EJD<br><br>**[PROPOSED] ORDER TO EXTEND TIME FOR CASE MANAGEMENT CONFERENCE AND RELATED DATES** |

    IT IS HEREBY STIPULATED by and between the parties hereto pursuant to Local Rules 17-12, and with the approval of this Court, that the ADR deadlines be extended from their original noticed date based upon the following:

    WHEREAS, in accordance with the Local Rules, the Court has scheduled the hearing for the Case Management Conference ("CMC") for April 27, 2012;

    WHEREAS, Defendants previously had filed a motion to dismiss the complaint herein. The hearing for which was scheduled for April 27, 2012 and, in response thereto, Plaintiff filed its First Amended Complaint on or about February

1  22, 2012 and, thereafter, filed its Opposition to the Motion to Dismiss on or about
2  February 29, 2012.  Thereafter, the parties requested to continue the CMC and
3  related dates but were advised by the Court that with the filing of the First
4  Amended Complaint rendered the motion to dismiss ineffective and the parties
5  should reassess the status of this matter (Dkt. No. 22);
6      WHEREAS, Defendants have now filed their motion to dismiss the First
7  Amended Complaint under F.R.C.P. 12(B)(1) and 12(B)(6) and the hearing on
8  such motion remains on April 27, 2012;
9      WHEREAS it is the parties belief that the Court's Order on Defendants'
10 motion will have an impact upon the scope of this case including, but limited to,
11 the application of this Court's local patent rules to this action in the event that the
12 Court grants or denies the motion with respect to Plaintiff's causes of action for
13 declaratory relief as to non-infringement and invalidity of the patents of Defendant
14 System Planning Corporation;
15     Accordingly, the parties believe that to conserve judicial resources the CMC
16 should be continued so as to permit this Court to rule on Defendants' motion and,
17 thereafter, allow the parties to prepare for the CMC based upon this Court's ruling;
18     The parties therefor respectfully requested that the ADR, and related
19 deadlines be revised as set forth below.
20
21

| Event | Original Date | New Date |
|---|---|---|
| CMC | April 27, 2012 | June 1, 2012 |
| ADR Deadlines | April 6, 2012 | May 13, 2012 |
| Rule 26(f) Report; Initial Disclosures; and File Case Management Statement. | April 20, 2012 | May 26, 2012 |

1  IT IS SO STIPULATED.

2

3  DATED: March 30, 2012          MICHAEL E. DERGOSITS
                                  IGOR SHOIKET
4                                 DERGOSITS & NOAH LLP

5

6

7                                 By:   /s/ Michael E. Dergosits
                                        Michael E. Dergosits
8                                       Attorneys for Plaintiff Impeva Labs, Inc.

9

10

11  DATED: March 30, 2012         DANIEL C. DECARLO
                                  THOMAS S. KIDDÉ
12                                LEWIS BRISBOIS BISGAARD & SMITH LLP

13

14
                                  By:   /s/ Thomas S. Kiddé
15                                      Thomas S. Kiddé
                                        Attorneys for Defendants System Planning
16                                      Corporation, System Planning Corporation,
                                        d/b/a/ Globaltrak, and Richard C. Meyers
17

18

19
    GOOD CAUSE APPEARING, IT IS ORDERED that the CMC and ADR
20
    deadlines be extended as set forth in the above Stipulation.
21

22

23
    Dated: April 3, 2012           [signature]
24                                 Honorable Edward J. Davila,
25                                 U.S. District Court Judge

26

27

28