**LEWIS BRISBOIS BISGAARD & SMITH LLP**
DANIEL C. DECARLO, SB# 160307
  E-Mail: decarlo@lbbslaw.com
THOMAS S. KIDDE, SB# 61717
  E-Mail: kidde@lbbslaw.com
JOSHUA S. HODAS, SB#250802
  E-Mail: jhodas@lbbslaw.com
221 North Figueroa Street, Suite 1200
Los Angeles, California 90012
Telephone: 213.250.1800
Facsimile: 213.250.7900

Attorneys for Defendants System Planning Corporation, System Planning Corporation d/b/a/ Globaltrak, and Richard C. Meyers

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IMPEVA LABS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> SYSTEM PLANNING CORPORATION, SYSTEM PLANNING CORPORATION D/B/A GLOBALTRAK, AND RICHARD C. MEYERS <br><br> Defendants. | Civil Action No. 5:12-cv-00125-EJD <br><br> [PROPOSED] **ORDER GRANTING SECOND EXTENSION OF TIME FOR CASE MANAGEMENT CONFERENCE AND RELATED DATES** |

IT IS HEREBY STIPULATED by and between the parties hereto pursuant to Local Rule 7-12, and with the approval of this Court, that the ADR deadlines, Case Management Conference and related dates, be extended from their presently noticed dates based upon the following:

WHEREAS, on or about March 6, 2012 the parties submitted their first stipulation to extend the time for the ADR deadlines as well as the Case Management Conference ("CMC") and related dates, (Dkt. 21), and, on March 7, 2012, the Court denied the request on the grounds that Plaintiff's First Amended

4850-1532-5967.1

1 Complaint rendered Defendants' motion to dismiss
2 moot; and
3     WHEREAS, thereafter on or about April 3, 2012 this Court, in response to the
4 parties' stipulation, granted the parties' request that the ADR deadlines and CMC
5 and related filing dates be continued due to the proximity with the hearing on
6 Defendants' Motion to Dismiss the First Amended Complaint and the CMC, both
7 scheduled for April 27, 2012 (Dkt. 25); and
8     WHEREAS, as a result, the Court continued the CMC from April 27 to June
9 1, the ADR deadlines from April 6 to May 13 and the date for filing the Rule 26
10 Report, submission of the Initial Disclosures and the Case Management Statement
11 from April 20 to May 26, 2012; and
12     WHEREAS, on April 25, 2012 the Court continued the hearing on the
13 motion to dismiss from April 27 to May 11, 2012 (Dkt. 28) and, thereafter, on May
14 8, 2012, vacated the hearing and took the motion under submission without oral
15 argument (Dkt. 29); and
16     WHEREAS, under the present schedule, the parties are to meet and confer
17 regarding the Case Management Statement on or before May 11, submit the ADR
18 Certification and Stipulation re ADR by May 14 (May 13 falling on a Sunday);
19 prepare and file the Rule 26 Report, Initial Disclosures and Case Management
20 Statement by May 26; and
21     WHEREAS, it is still the parties belief that preparation of the Case
22 Management Statement, Initial Disclosures and Rule 26 Report is premature at this
23 juncture for the following reasons: (1) the Court's decision with respect to
24 Defendants' motion to dismiss will have an impact upon virtually all of the filings in
25 preparation for the Case Management Conference insofar as the claims that will be
26 at issue, the discovery required as between the parties as well as third parties and
27 possibly the ADR that the parties would select as being the most efficacious; (2)
28 Defendants have not filed an answer to the First Amended Complaint, so any

1 affirmative defenses it may assert must await the Court's decision on the motion; (3) Defendants have made no determination as to any counterclaims or possible third party complaints as such would await the decision of the Court on the motion to dismiss; (4) the Court's determination of the motion to dismiss would also affect the application of this Court's local patent rules to this action in the event that the Court grants or denies the motion with respect to Plaintiff's causes of action for declaratory relief as to non-infringement and invalidity of the patents of Defendant System Planning Corporation;

Accordingly, even if the Court rules on the motion in the very near future, the foregoing issues, including the need for Defendants' responsive pleading, lead the parties to believe that to conserve judicial resources the CMC, should be continued so as to permit this Court to rule on Defendants' motion and, thereafter, allow the parties to prepare for the CMC based upon this Court's ruling and the pleading placing the matter at issue.

The parties therefor respectfully request that the Case Management Conference, and related filing deadlines as well as the ADR deadlines be revised as set forth below:

| Event | Present Date | New Date |
|---|---|---|
| CMC | June 1, 2012 | ~~August 3, 2012~~<br>August 10, 2012 |
| ADR Deadlines | May 13, 2012 | July 13, 2012 |
| Rule 26(f) Report;<br>Initial Disclosures;<br>Case Management Statement. | May 26, 2012 | ~~July 27, 2012~~<br>August 3, 2012 |

1 | IT IS SO STIPULATED.

3 | DATED: May 14, 2012        MICHAEL E. DERGOSITS
                              IGOR SHOIKET
                              DERGOSITS & NOAH LLP


                              By:   /s/ Michael E. Dergosits
                                    Michael E. Dergosits
                                    Attorneys for Plaintiff Impeva Labs, Inc.


11 | DATED: May 14, 2012       DANIEL C. DECARLO
                              THOMAS S. KIDDÉ
                              JOSHUA S. HODAS
                              LEWIS BRISBOIS BISGAARD & SMITH LLP


                              By:   /s/ Thomas S. Kiddé
                                    Thomas S. Kiddé
                                    Attorneys for Defendants System Planning
                                    Corporation, System Planning Corporation
                                    d/b/a/ Globaltrak, and Richard C. Meyers

## ORDER

GOOD CAUSE APPEARING, IT IS ORDERED that the Case Management Conference, Initial Disclosure, Rule 26 Report and ADR deadlines are extended as set forth in the above Stipulation.

Dated: May 15, 2012              _____
                                 Honorable Edward J. Davila
                                 U.S. District Court Judge

4850-1532-5967.1                              4
[PROPOSED] ORDER GRANTING SECOND EXTENSION OF TIME FOR CASE MANAGEMENT
CONFERENCE AND RELATED DATES