1  **LEWIS BRISBOIS BISGAARD & SMITH** LLP
   DANIEL C. DECARLO, SB# 160307
2    E-Mail: decarlo@lbbslaw.com
   THOMAS S. KIDDE, SB# 61717
3    E-Mail: kidde@lbbslaw.com
   JOSHUA S. HODAS, SB#250802
4    E-Mail: jhodas@lbbslaw.com
   221 North Figueroa Street, Suite 1200
5  Los Angeles, California 90012
   Telephone: 213.250.1800
6  Facsimile: 213.250.7900

7  Attorneys for Defendants System Planning
   Corporation, System Planning Corporation
8  d/b/a/ Globaltrak, and Richard C. Meyers

9              UNITED STATES DISTRICT COURT

10       FOR THE NORTHERN DISTRICT OF CALIFORNIA

11                   SAN JOSE DIVISION

12

| | |
|---|---|
| 13  IMPEVA LABS, INC., | Civil Action No. 5:12-cv-00125-EJD |
| 14  Plaintiff, | ~~[PROPOSED]~~ **ORDER GRANTING SECOND EXTENSION OF TIME FOR CASE MANAGEMENT CONFERENCE AND RELATED DATES** |
| 15  vs. | |
| 16  SYSTEM PLANNING CORPORATION, SYSTEM | |
| 17  PLANNING CORPORATION D/B/A GLOBALTRAK, AND RICHARD C. | |
| 18  MEYERS | |
| 19  Defendants. | |

20

21       IT IS HEREBY STIPULATED by and between the parties hereto pursuant to

22  Local Rule 7-12, and with the approval of this Court, that the ADR deadlines, Case

23  Management Conference and related dates, be extended from their presently noticed

24  dates based upon the following:

25       WHEREAS, on or about March 6, 2012 the parties submitted their first

26  stipulation to extend the time for the ADR deadlines as well as the Case

27  Management Conference ("CMC") and related dates, (Dkt. 21), and, on March 7,

28  2012, the Court denied the request on the grounds that Plaintiff's First Amended

4850-1532-5967.1

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

1  Complaint rendered Defendants' motion to dismiss

2  moot; and

3       WHEREAS, thereafter on or about April 3, 2012 this Court, in response to the

4  parties' stipulation, granted the parties' request that the ADR deadlines and CMC

5  and related filing dates be continued due to the proximity with the hearing on

6  Defendants' Motion to Dismiss the First Amended Complaint and the CMC, both

7  scheduled for April 27, 2012 (Dkt. 25); and

8       WHEREAS, as a result, the Court continued the CMC from April 27 to June

9  1, the ADR deadlines from April 6 to May 13 and the date for filing the Rule 26

10  Report, submission of the Initial Disclosures and the Case Management Statement

11  from April 20 to May 26, 2012; and

12       WHEREAS, on April 25, 2012  the Court continued the hearing on the

13  motion to dismiss from April 27 to May 11, 2012 (Dkt. 28) and, thereafter, on May

14  8, 2012, vacated the hearing and took the motion under submission without oral

15  argument (Dkt. 29); and

16       WHEREAS, under the present schedule, the parties are to meet and confer

17  regarding the Case Management Statement on or before May 11, submit the ADR

18  Certification and Stipulation re ADR by May 14 (May 13 falling on a Sunday);

19  prepare and file the Rule 26 Report, Initial Disclosures and Case Management

20  Statement by May 26; and

21       WHEREAS, it is still the parties belief that preparation of the Case

22  Management Statement, Initial Disclosures and Rule 26 Report is premature at this

23  juncture for the following reasons: (1) the Court's decision with respect to

24  Defendants' motion to dismiss will have an impact upon virtually all of the filings in

25  preparation for the Case Management Conference insofar as the claims that will be

26  at issue, the discovery required as between the parties as well as third parties and

27  possibly the ADR that the parties would select as being the most efficacious; (2)

28  Defendants have not filed an answer to the First Amended Complaint, so any

4850-1532-5967.1

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

[PROPOSED] ORDER GRANTING SECOND EXTENSION OF TIME FOR CASE MANAGEMENT
CONFERENCE AND RELATED DATES

1 | affirmative defenses it may assert must await the Court's decision on the motion; (3)

2 | Defendants have made no determination as to any counterclaims or possible third

3 | party complaints as such would await the decision of the Court on the motion to

4 | dismiss; (4) the Court's determination of the motion to dismiss would also affect the

5 | application of this Court's local patent rules to this action in the event that the Court

6 | grants or denies the motion with respect to Plaintiff's causes of action for

7 | declaratory relief as to non-infringement and invalidity of the patents of Defendant

8 | System Planning Corporation;

9 |      Accordingly, even if the Court rules on the motion in the very near future, the

10 | foregoing issues, including the need for Defendants' responsive pleading, lead the

11 | parties to believe that to conserve judicial resources the CMC, should be continued

12 | so as to permit this Court to rule on Defendants' motion and, thereafter, allow the

13 | parties to prepare for the CMC based upon this Court's ruling and the pleading

14 | placing the matter at issue.

15 |      The parties therefor respectfully request that the Case Management

16 | Conference, and related filing deadlines as well as the ADR deadlines be revised as

17 | set forth below:

18

| Event | Present Date | New Date |
|-------|--------------|----------|
| CMC | June 1, 2012 | ~~August 3, 2012~~ August 10, 2012 |
| ADR Deadlines | May 13, 2012 | July 13, 2012 |
| Rule 26(f) Report; Initial Disclosures; Case Management Statement. | May 26, 2012 | ~~July 27, 2012~~ August 3, 2012 |

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

28

[PROPOSED] ORDER GRANTING SECOND EXTENSION OF TIME FOR CASE MANAGEMENT
CONFERENCE AND RELATED DATES

**IT IS SO STIPULATED.**

DATED: May 14, 2012          MICHAEL E. DERGOSITS
                             IGOR SHOIKET
                             DERGOSITS & NOAH LLP


                             By:  _____ /s/ Michael E. Dergosits _____
                                  Michael E. Dergosits
                                  Attorneys for Plaintiff Impeva Labs, Inc.


DATED: May 14, 2012          DANIEL C. DECARLO
                             THOMAS S. KIDDÉ
                             JOSHUA S. HODAS
                             LEWIS BRISBOIS BISGAARD & SMITH LLP


                             By:  _____ /s/ Thomas S. Kiddé _____
                                  Thomas S. Kiddé
                                  Attorneys for Defendants System Planning
                                  Corporation, System Planning Corporation
                                  d/b/a/ Globaltrak, and Richard C. Meyers

## ORDER

GOOD CAUSE APPEARING, IT IS ORDERED that the Case Management Conference, Initial Disclosure, Rule 26 Report and ADR deadlines are extended as set forth in the above Stipulation.


Dated: May 15, 2012          _____
                             Honorable Edward J. Davila
                             U.S. District Court Judge

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

4850-1532-5967.1                          4
[PROPOSED] ORDER GRANTING SECOND EXTENSION OF TIME FOR CASE MANAGEMENT
CONFERENCE AND RELATED DATES