LEWIS BRISBOIS BISGAARD & SMITH LLP
DANIEL C. DECARLO, SB# 160307
 E-Mail: decarlo@lbbslaw.com
THOMAS S. KIDDE, SB# 61717
 E-Mail: kidde@lbbslaw.com
JOSHUA S. HODAS, SB#250802
 E-Mail: jhodas@lbbslaw.com
221 North Figueroa Street, Suite 1200
Los Angeles, California 90012
Telephone: 213.250.1800
Facsimile: 213.250.7900

Attorneys for Defendants System Planning Corporation, System Planning Corporation d/b/a/ Globaltrak, and Richard C. Meyers

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| IMPEVA LABS, INC., | Civil Action No. 5:12-cv-00125-EJD |
|---|---|
| Plaintiff, | [PROPOSED] ORDER GRANTING THIRD EXTENSION OF TIME FOR CASE MANAGEMENT CONFERENCE AND RELATED DATES |
| vs. | |
| SYSTEM PLANNING CORPORATION, SYSTEM PLANNING CORPORATION D/B/A GLOBALTRAK, AND RICHARD C. MEYERS | |
| Defendants. | |

IT IS HEREBY STIPULATED by and between the parties hereto pursuant to Local Rule 7-12, and with the approval of this Court, that the ADR deadlines, Case Management Conference and related dates, be extended from their presently noticed dates based upon the following:

WHEREAS, on or about March 6, 2012 the parties submitted their first stipulation to extend the time for the ADR deadlines as well as the Case Management Conference ("CMC") and related dates, (Dkt. 21), and, on March 7, 2012, the Court denied the request on the grounds that Plaintiff's First Amended

Complaint rendered Defendants' motion to dismiss moot; and

WHEREAS, thereafter on or about April 3, 2012 this Court, in response to the parties' stipulation, granted the parties' request that the ADR deadlines and CMC and related filing dates be continued due to the proximity with the hearing on Defendants' Motion to Dismiss the First Amended Complaint and the CMC, both scheduled for April 27, 2012 (Dkt. 25); and

WHEREAS, as a result, the Court continued the CMC from April 27 to June 1, the ADR deadlines from April 6 to May 13 and the date for filing the Rule 26 Report, submission of the Initial Disclosures and the Case Management Statement from April 20 to May 26, 2012; and

WHEREAS, on April 25, 2012 the Court continued the hearing on the motion to dismiss from April 27 to May 11, 2012 (Dkt. 28) and, thereafter, on May 8, 2012, vacated the hearing and took the motion under submission without oral argument (Dkt. 29); and

WHEREAS, on May 15, 2012, pursuant to the parties' stipulation, the Court entered its order (Dkt. 31) ordering the ADR deadline to be continued to July 13, 2012, the Rule 26(f) Report, Initial Disclosures and Case Management Statement to August 3 and the CMC to August 10, 2012.

WHEREAS, under the present schedule, the parties are to meet and confer regarding the Case Management Statement on or before July 13, submit the ADR Certification and Stipulation re ADR by July 13; prepare and file the Rule 26 Report, Initial Disclosures and Case Management Statement by August 3; and

WHEREAS, it continues to be the parties belief that preparation of the Case Management Statement, Initial Disclosures and Rule 26 Report is premature at this juncture for the following reasons: (1) the Court's decision with respect to Defendants' motion to dismiss will have an impact upon virtually all of the filings in preparation for the Case Management Conference insofar as the claims that will be at issue, the discovery required as between the parties as well as third parties and

possibly the ADR that the parties would select as being the most efficacious; (2) Defendants have not filed an answer to the First Amended Complaint, so any affirmative defenses it may assert must await the Court's decision on the motion; (3) Defendants have made no determination as to any counterclaims or possible third party complaints as such would await the decision of the Court on the motion to dismiss; (4) the Court's determination of the motion to dismiss would also affect the application of this Court's local patent rules to this action in the event that the Court grants or denies the motion with respect to Plaintiff's causes of action for declaratory relief as to non-infringement and invalidity of the patents of Defendant System Planning Corporation;

Accordingly, even if the Court rules on the motion in the very near future, the foregoing issues, including the need for Defendants' responsive pleading, lead the parties to believe that to conserve judicial resources the CMC should be continued so as to permit this Court to rule on Defendants' motion and, thereafter, allow the parties to prepare for the CMC based upon this Court's ruling and the pleadings placing the matter at issue. In addition to the foregoing, as a calendar issue, counsel for Defendants is also scheduled to commence a three week trial in the Los Angeles Superior Court, Case No. PC034375, *P.C. Specialist, Inc., etc. v. Nexus IS, Inc., et al.* and accordingly seeks to set new dates that will permit the CMC to be held after that trial is scheduled for completion.

The parties therefor respectfully request that the Case Management Conference, and related filing deadlines as well as the ADR deadlines be revised as set forth below:

| Event | Present Date | New Date |
|---|---|---|
| CMC | August 10, 2012 | November 9, 2012 |
| ADR Deadlines | July 13, 2012 | October 5, 2012 |

| | | |
|---|---|---|
| Rule 26(f) Report; | | |
| Initial Disclosures; | | |
| Case Management Statement. | August 3, 2012 | November 2, 2012 |

**IT IS SO STIPULATED.**

DATED: July 13, 2012

MICHAEL E. DERGOSITS
IGOR SHOIKET
DERGOSITS & NOAH LLP


By:    /s/ Michael E. Dergosits
      Michael E. Dergosits
      Attorneys for Plaintiff Impeva Labs, Inc.


DATED: July 13, 2012

DANIEL C. DECARLO
THOMAS S. KIDDÉ
JOSHUA S. HODAS
LEWIS BRISBOIS BISGAARD & SMITH LLP


By:    /s/ Thomas S. Kiddé
      Thomas S. Kiddé
      Attorneys for Defendants System Planning Corporation, System Planning Corporation d/b/a/ Globaltrak, and Richard C. Meyers

# ORDER

GOOD CAUSE APPEARING, IT IS ORDERED that the Case Management Conference, Initial Disclosure, Rule 26 Report and ADR deadlines are extended as set forth in the above Stipulation.

Dated: July __18__, 2012

_____
Honorable Edward J. Davila
U.S. District Court Judge