```
MICHAEL E. DERGOSITS (State Bar No. 118206)
IGOR SHOIKET (State Bar No. 190066)
DERGOSITS & NOAH LLP
Three Embarcadero Center, Suite 410
San Francisco, CA 94111
Telephone: (415) 705-6377
Facsimile:  (415) 750-6383
Email: mdergosits@dergnoah.com
Email: ishoiket@dergnoah.com

Attorneys for Plaintiff
IMPEVA LABS, INC.
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| IMPEVA LABS, INC.,<br><br>  Plaintiff,<br><br> vs.<br><br>SYSTEM PLANNING CORPORATION,<br>SYSTEM PLANNING CORPORATION D/B/A<br>GLOBALTRAK AND RICHARD C. MEYERS<br><br>  Defendants. | Civil Action No.: 5:12-cv-00125-EJD<br><br>[~~PROPOSED~~] ORDER GRANTING FOURTH EXTENSION OF TIME FOR CASE MANAGEMENT CONFERENCE AND RELATED DATES |

IT IS HEREBY STIPULATED by and between the parties hereto pursuant to Local Rule 7-12, and with the approval of this Court, that the ADR deadlines, Case Management Conference and related dates, be extended from their presently noticed dates based upon the following:

– 1 –

WHEREAS, on or about March 6, 2012 the parties submitted their first stipulation to extend the time for the ADR deadlines as well as the Case Management Conference ("CMC") and related dates, (Dkt. 21), and, on March 7, 2012, the Court denied the request on the grounds that Plaintiff's First Amended Complaint rendered Defendants' motion to dismiss moot; and

WHEREAS, thereafter on or about April 3, 2012 this Court, in response to the parties' stipulation, granted the parties' request that the ADR deadlines and CMC and related filing dates be continued due to the proximity with the hearing on Defendants' Motion to Dismiss the First Amended Complaint and the CMC, both scheduled for April 27, 2012 (Dkt. 25); and

WHEREAS, as a result, the Court continued the CMC from April 27 to June 1, the ADR deadlines from April 6 to May 13 and the date for filing the Rule 26 Report, submission of the Initial Disclosures and the Case Management Statement from April 20 to May 26, 2012; and

WHEREAS, on April 25, 2012 the Court continued the hearing on the motion to dismiss from April 27 to May 11, 2012 (Dkt. 28) and, thereafter, on May 8, 2012, vacated the hearing and took the motion under submission without oral argument (Dkt. 29);

WHEREAS, on May 15, 2012, pursuant to the parties' stipulation, the Court entered its order (Dkt. 31) ordering the ADR deadline to be continued to July 13, 2012, the Rule 26(f) Report, Initial Disclosures and Case Management Statement to August 3 and the CMC to August 10, 2012;

WHEREAS, on July 18, 2012, pursuant to the parties' stipulation, the Court entered its order (Dkt. 33) ordering the ADR deadline to be continued to October 5, 2012, the Rule 26(f) Report, Initial Disclosures and Case Management Statement to

– 2 –

November 2 and the CMC to November 9, 2012;

WHEREAS, on August 23, 2012, the Court issued its Order Granting in Part and Denying in Part Defendants' Motion to Dismiss the First Amended Complaint (Dkt. 34);

WHEREAS, on September 4, 2012, Plaintiff filed its Second Amended Complaint (Dkt. 35);

WHEREAS, on September 21, 2012, Defendants filed Defendants' Motion to Dismiss the Third Cause of Action of the Second Amended Complaint F.R.C.P. 12(B)(1) and 12(B)(6) with a hearing date of December 14, 2012 (Dkt. 36);

WHEREAS, under the present schedule, the parties are to meet and confer regarding the Case Management Statement on or before November 2, prepare and file the Rule 26 Report, Initial Disclosures and Case Management Statement by November 2, and attend the Case Management Conference on November 9, 2012; and

WHEREAS, it continues to be the parties belief that preparation of the Case Management Statement, Initial Disclosures and Rule 26 Report is premature at this juncture for the following reasons: (1) the Court's decision with respect to Defendants' motion to dismiss will have an impact upon virtually all of the filings in preparation for the Case Management Conference insofar as the claims that will be at issue, and the discovery required as between the parties as well as third parties; (2) Defendants have not filed an answer to the Second Amended Complaint, so any affirmative defenses it may assert must await the Court's decision on the motion; and (3) Defendants have made no determination as to any counterclaims or possible third party complaints as such would await the decision of the Court on the motion to dismiss;

Accordingly, the foregoing issues, including the need for Defendants'

– 3 –

responsive pleading, lead the parties to believe that to conserve judicial resources the CMC should be continued so as to permit this Court to rule on Defendants' motion and, thereafter, allow the parties to prepare for the CMC based upon this Court's ruling and the pleadings placing the matter at issue.

The parties therefore respectfully request that the Case Management Conference, and related filing deadlines be revised as set forth below:

| Event | Present Date | New Date |
|---|---|---|
| CMC | November 9, 2012 | February 1, 2013 |

– 4 –

| | | |
|---|---|---|
| Rule 26(f) Report; | | |
| Initial Disclosures; | | |
| Case Management Statement. | November 2, 2012 | January 25, 2013 |

IT IS SO STIPULATED.

Dated: October 30, 2012

/s/ Michael E. Dergosits
MICHAEL E. DERGOSITS (State Bar No. 118206)
IGOR SHOIKET (State Bar No. 190066)
DERGOSITS & NOAH LLP
Three Embarcadero Center, Suite 410
San Francisco, CA 94111
Telephone: (415) 705-6377
Facsimile: (415) 750-6383
Email: mdergosits@dergnoah.com
Email: ishoiket@dergnoah.com

Attorneys for Plaintiff IMPEVA LABS, INC.

Dated: October 30, 2012

/s/ Thomas S. Kidde
DANIEL C. DECARLO (State Bar No. 160307)
THOMAS S. KIDDE (State Bar No. 61717)
LEWIS BRISBOIS BISGAARD & SMITH LLP
221 North Figueroa Street, Suite 1200
Los Angeles, CA 90012
Telephone: (213) 250-1800
Facsimile: (213) 250-7900
Email: decarlo@lbbslaw.com
Email: kidde@lbbslaw.com

Attorneys for DEFENADNTS SYSTEM PLANNING CORPORATION, SYSTEM PLANNING CORPORATION D/B/A GLOBAL TRAK AND RICHARD C. MEYERS

PURSUANT TO STIPULATION, IT IS SO ORDERED.

– 5 –

Dated: October 31, 2012

*[signature]*

Hon. Edward J. Davila, U.S. District Court Judge

— 6 —

## ATTESTATION

I hereby attest pursuant to General Order 45.X.B. that concurrence in the electronic filing of this document has been obtained from each of the signatories.

Dated: October 30, 2012              /s/ Michael E. Dergosits

STIPULATION AND [PROPOSED] ORDER GARNTING FOURTH EXTENSION OF TIME FOR CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES
Civil Action No.: 5:12-cv-00125-EJD

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's ECF System

Dated: October 30, 2012        /s/ Michael E. Dergosits

– 8 –