UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

| | |
|---|---|
| IMPEVA LABS, INC.,<br>　　　　Plaintiff,<br><br>　　v.<br><br>SYSTEM PLANNING CORPORATION, et al.,,<br>　　　　Defendants.<br>_____/ | No. C 12-0125 WHO<br><br>**ORDER RE: ATTENDANCE AT MEDIATION**<br><br>Date:　　　August 26, 2013<br>Mediator:　Pamela Phillips |

　　　IT IS HEREBY ORDERED that the request to excuse defendant System Planning Corporation's insurance carrier's corporate representative, Thomas J. Rizzuto, from appearing in person at the August 26, 2013, mediation before Pamela Phillips is GRANTED. Mr. Rizutto shall be available at all times to participate telephonically in the mediation as set for in ADR L.R. 6-10(f).

　　　IT IS SO ORDERED.

August 21, 2013　　　　　　　　By:　　　_____
Dated　　　　　　　　　　　　　　　　　　Maria-Elena James
　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge