1  LEWIS BRISBOIS BISGAARD & SMITH LLP
   DANIEL C. DECARLO, SB# 160307
2    E-Mail: decarlo@lbbslaw.com
   THOMAS S. KIDDE, S13# 61717
3    E-Mail: kidde@lbbslaw.com
   JOSHUA S. 1-10DAS, SB#250802
4    E-Mail: jhodas@lbbslaw.com
   221 North Figueroa Street, Suite 1200
5  Los Angeles, California 90012
   Telephone: 213.250.1800
6  Facsimile: 213.250.7900

7  Attorneys for Defendants System Planning
   Corporation, System Planning Corporation d/b/al
8  GlobalTrak, and Richard C. Meyers

9                UNITED STATES DISTRICT COURT

10         FOR THE NORTHERN DISTRICT OF CALIFORNIA

11

| | |
|---|---|
| 12  IMPEVA LABS, INC., | Civil Action No. 5:12-cv-00125-WHO |
| 13              Plaintiff, | ORDER GRANTING CONTINUANCE OF CASE MANAGEMENT CONFERENCE |
| 14          vs. | DUE TO PENDING SETTLEMENT OF ACTION |
| 15  SYSTEM PLANNING CORPORATION, SYSTEM PLANNING CORPORATION | Date: October 8, 2013 |
| 16  D/B/A GLOBALTRAK, AND RICHARD C. MEYERS | Time: I :3() p.m.<br>Courtroom: 2 |
| 17              Defendants. | Proposed New Date: November 19, 2013 |
| 18 | |

19

20        IT IS HEREBY STIPULATED by and between the parties hereto pursuant to Local Rule 7-

21  12, and with the approval of this Court, that the date for the Case Management Conference be

22  continued based upon the following:

23        WHEREAS, on or about January 25, 2013, the parties submitted their initial Joint Case

24  Management Conference Report (Dkt. No. 50); and

25        WHEREAS, on January 28, 2013, the Court entered its Case Management Order (Dkt. No.

26  SI); and

27        WHEREAS, on June 27, 2013 the matter was re-assigned to Judge Witham H. Orrick

28  (Dkt. No. 63); and

LEWIS
BRISBOIS
BISGAARD
& SMIII LLP
ATTO1NIEl5 AT LAW

4836-9401-9862.1

1   WHEREAS, on July 15, 2013, on Order of the Court, the parties filed a Joint Case

2   Management Statement (Dkt. No. 64); and

3   WHEREAS, on August 26, 2013 the parties engaged in a mediation with mediator Pamela

4   Phillips concerning the instant action and the Adversary Proceeding filed by Plaintiff in the United

5   States Bankruptcy Court, Case No. 13-05058 - ASW; and

6   WHEREAS, on September 4, 2013, the Court scheduled a Case Management Conference for

7   October 8, 2013, and allowed any supplemental Case Management Conference report to be filed

8   October 1, 2013 (Dkt. 67); and

9   WHEREAS, on September 13, 2013, the parties to the instant action and the Adversary

10  Proceeding executed a settlement agreement resolving this action and the Adversary Proceeding;

11  and

12  WHEREAS, the Bankruptcy Court must approve the resolution of the Adversary Proceeding

13  and a motion seeking approval of the settlement has been filed and is scheduled to be heard on

14  October 4, 2013.

15  ACCORDINGLY, the parties respectfully request that the Case Management Conference be

16  continued from October 8, 2013 to November 19, 2013, or any date thereafter at the Court's

17  discretion, so as to allow for the hearing of the motion before the Bankruptcy Court, and if approved,

18  fulfillment of all of the terms of the settlement agreement so that a dismissal under F.R.C.P., Rule 41

19  may be filed herein.

20  IT IS SO STIPULATED.

21

22  DATED: September 20, 2013          MICHAEL E. DERGOSITS
                                       IGOR SHOIKET
23                                     DERGOSITS & NOAH LLP

24

25

26                                     By:      Is! Michael E. Dergosits
                                          Michael E. Dergosits
27                                        Attorneys for Plaintiff Impeva Labs, Inc.

28

LEWIS
BRISBOIS
BISGAARD
& WITH LLP
ATTORNEYS AT LAW

4536-9401-9862.I

ORDER GRANTING CONTINUANCE OF CASE MANAGEMENT CONFERENCE

DATED: September 20, 2013          DANIEL C. DECARLO
                                  THOMAS S. IODIDE
                                  JOSHUA S. HODAS
                                  LEWIS BRISBOIS BISGAARD & SMITH UP


                                  By:  _____Is! Thomas S. Kidde_____
                                       Thomas S. Kiddd
                                       Attorneys for Defendants System Planning
                                       Corporation, System Planning Corporation d/b/a/
                                       Globaltrak, and Richard C. Meyers

                                  **ORDER**

GOOD CAUSE APPEARING, IT IS ORDERED that the Case Management Conference

be continued to November 19, 2013 and any supplemental Case Management Report be filed no

later than seven (7) days prior thereto.


Dated: September 20, 2013     _____

                                  Honorable William H. Orrick
                                  U.S. District Court Judge

LEWIS
BRISBOIS
BISGMRD
&    LiP
AiTOMIEV3 AT LAW

4836-9401-9861 I                           4

ORDER GRANTING CONTINUANCE OF CASE MANAGEMENT CONFERENCE