LEWIS BRISBOIS BISGAARD & SMITH LLP
DANIEL C. DECARLO, SB# 160307
  E-Mail: decarlo@lbbslaw.com
THOMAS S. KIDDE, S13# 61717
  E-Mail: kidde@lbbslaw.com
JOSHUA S. 1-10DAS, SB#250802
  E-Mail: jhodas@lbbslaw.com
221 North Figueroa Street, Suite 1200
Los Angeles, California 90012
Telephone: 213.250.1800
Facsimile: 213.250.7900

Attorneys for Defendants System Planning Corporation, System Planning Corporation d/b/al GlobalTrak, and Richard C. Meyers

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IMPEVA LABS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> SYSTEM PLANNING CORPORATION, SYSTEM PLANNING CORPORATION D/B/A GLOBALTRAK, AND RICHARD C. MEYERS <br><br> Defendants. | Civil Action No. 5:12-cv-00125-WHO <br><br> ORDER GRANTING CONTINUANCE OF CASE MANAGEMENT CONFERENCE DUE TO PENDING SETTLEMENT OF ACTION <br><br> Date: October 8, 2013 <br> Time: I :3() p.m. <br> Courtroom: 2 <br><br> Proposed New Date: November 19, 2013 |

IT IS HEREBY STIPULATED by and between the parties hereto pursuant to Local Rule 7-12, and with the approval of this Court, that the date for the Case Management Conference be continued based upon the following:

WHEREAS, on or about January 25, 2013, the parties submitted their initial Joint Case Management Conference Report (Dkt. No. 50); and

WHEREAS, on January 28, 2013, the Court entered its Case Management Order (Dkt. No. SI); and

WHEREAS, on June 27, 2013 the matter was re-assigned to Judge Witham H. Orrick (Dkt. No. 63); and

4836-9401-9862.1

ORDER GRANTING CONTINUANCE OF CASE MANAGEMENT CONFERENCE

1  WHEREAS, on July 15, 2013, on Order of the Court, the parties filed a Joint Case
2  Management Statement (Dkt. No. 64); and
3  WHEREAS, on August 26, 2013 the parties engaged in a mediation with mediator Pamela
4  Phillips concerning the instant action and the Adversary Proceeding filed by Plaintiff in the United
5  States Bankruptcy Court, Case No. 13-05058 - ASW; and
6  WHEREAS, on September 4, 2013, the Court scheduled a Case Management Conference for
7  October 8, 2013, and allowed any supplemental Case Management Conference report to be filed
8  October 1, 2013 (Dkt. 67); and
9  WHEREAS, on September 13, 2013, the parties to the instant action and the Adversary
10 Proceeding executed a settlement agreement resolving this action and the Adversary Proceeding;
11 and
12 WHEREAS, the Bankruptcy Court must approve the resolution of the Adversary Proceeding
13 and a motion seeking approval of the settlement has been filed and is scheduled to be heard on
14 October 4, 2013.
15 ACCORDINGLY, the parties respectfully request that the Case Management Conference be
16 continued from October 8, 2013 to November 19, 2013, or any date thereafter at the Court's
17 discretion, so as to allow for the hearing of the motion before the Bankruptcy Court, and if approved,
18 fulfillment of all of the terms of the settlement agreement so that a dismissal under F.R.C.P., Rule 41
19 may be filed herein.
20 IT IS SO STIPULATED.

DATED: September 20, 2013    MICHAEL E. DERGOSITS
                             IGOR SHOIKET
                             DERGOSITS & NOAH LLP


                             By:    /s/ Michael E. Dergosits
                                    Michael E. Dergosits
                                    Attorneys for Plaintiff Impeva Labs, Inc.

LEWIS BRISBOIS BISGAARD & SMITH LLP
ATTORNEYS AT LAW

4536-9401-9862.1

ORDER GRANTING CONTINUANCE OF CASE MANAGEMENT CONFERENCE

DATED: September 20, 2013

DANIEL C. DECARLO
THOMAS S. IODIDE
JOSHUA S. HODAS
LEWIS BRISBOIS BISGAARD & SMITH LLP

By: _____/s/ Thomas S. Kidde_____
    Thomas S. Kiddd
    Attorneys for Defendants System Planning
    Corporation, System Planning Corporation d/b/a/
    Globaltrak, and Richard C. Meyers

**ORDER**

GOOD CAUSE APPEARING, IT IS ORDERED that the Case Management Conference be continued to November 19, 2013 and any supplemental Case Management Report be filed no later than seven (7) days prior thereto.

Dated: September 20, 2013

_____
Honorable William H. Orrick
U.S. District Court Judge