MICHAEL E. DERGOSITS (State Bar No. 118206)
IGOR SHOIKET (State Bar No. 190066)
DERGOSITS & NOAH LLP
Three Embarcadero Center, Suite 410
San Francisco, CA 94111
Telephone: (415) 705-6377
Facsimile: (415) 750-6383
Email: mdergosits@dergnoah.com
Email: ishoiket@dergnoah.com

Attorneys for Plaintiff
IMPEVA LABS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IMPEVA LABS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> SYSTEM PLANNING CORPORATION, SYSTEM PLANNING CORPORATION D/B/A GLOBALTRAK AND RICHARD C. MEYERS <br><br> Defendants. | Civil Action No.: 3:12-cv-00125-WHO <br><br> **STIPULATION AND [PROPOSED] ORDER RE: DISMISSAL WITH PREJUDICE** |

     Plaintiff Impeva Labs, Inc. and Defendants System Planning Corporation, System Planning Corporation d/b/a GlobalTrak, and Richard C. Meyers ("the Parties") hereby stipulate, through their

//

---

STIPULATION AND [PROPOSED] ORDER RE: DISMISSAL WITH PREJUDICE

Civil Action No.: 3:12-cv-00125-WHO     - 1 -

respective counsel of record, that this action be dismissed with prejudice pursuant to the terms of the Parties' Settlement Agreement, executed on September 12, 2013.

IT IS SO STIPULATED.

DATED: October 8, 2013

DERGOSITS & NOAH, LLP
MICHAEL E. DERGOSITS
IGOR SHOIKET

By: _____/s/ Michael E. Dergosits/_____
Michael E. Dergosits
Counsel for plaintiff

DATED: October 8, 2013

LEWIS BRISBOIS BISGAARD & SMITH LLP
THOMAS S. KIDDE
DANIEL C. DECARLO
JOSHUA S. HODAS

By: _____/s/ Thomas S. Kidde/_____
Thomas S. Kidde
Counsel for defendants

I attest under penalty of perjury that concurrence in the filing of this document has been obtained from Defendants' counsel, Thomas S. Kidde.

_____/s/_____
Michael E. Dergosits

IT IS SO ORDERED.

Dated: October 16, 2013

*[signature]*

Hon. William H. Orrick
United States District Judge

---

STIPULATION AND ~~PROPOSED~~ ORDER RE: DISMISSAL WITH PREJUDICE

Civil Action No.: 3:12-cv-00125-WHO — 2 —