MICHAEL E. DERGOSITS (State Bar No. 118206)
IGOR SHOIKET (State Bar No. 190066)
DERGOSITS & NOAH LLP
Three Embarcadero Center, Suite 410
San Francisco, CA 94111
Telephone: (415) 705-6377
Facsimile:  (415) 750-6383
Email: mdergosits@dergnoah.com
Email: ishoiket@dergnoah.com

Attorneys for Plaintiff
IMPEVA LABS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IMPEVA LABS, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>SYSTEM PLANNING CORPORATION,<br>SYSTEM PLANNING CORPORATION D/B/A<br>GLOBALTRAK AND RICHARD C. MEYERS<br><br>Defendants. | Civil Action No.: 3:12-cv-00125-WHO<br><br>**STIPULATION AND [PROPOSED]<br>ORDER RE: DISMISSAL WITH<br>PREJUDICE** |

      Plaintiff Impeva Labs, Inc. and Defendants System Planning Corporation, System Planning Corporation d/b/a GlobalTrak, and Richard C. Meyers ("the Parties") hereby stipulate, through their

//

respective counsel of record, that this action be dismissed with prejudice pursuant to the terms of the Parties' Settlement Agreement, executed on September 12, 2013.

IT IS SO STIPULATED.

DATED: October 8, 2013

DERGOSITS & NOAH, LLP
MICHAEL E. DERGOSITS
IGOR SHOIKET

By:       /s/ Michael E. Dergosits/
Michael E. Dergosits
Counsel for plaintiff

DATED: October 8, 2013

LEWIS BRISBOIS BISGAARD & SMITH LLP
THOMAS S. KIDDE
DANIEL C. DECARLO
JOSHUA S. HODAS

By:       /s/ Thomas S. Kidde/
Thomas S. Kidde
Counsel for defendants

I attest under penalty of perjury that concurrence in the filing of this document has been obtained from Defendants' counsel, Thomas S. Kidde.

/s/
Michael E. Dergosits

IT IS SO ORDERED.

Dated: October 16, 2013

*(signature)*
Hon. William H. Orrick
United States District Judge